JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 475 -- IN RE GLASSINE AND GREASEPROOF PAPER ANTITRUST LITIGATION

| Date | No. | Pleading Description |
|---|---|---|
| 81/05/26 | 1 | MOTION/BRIEF -- defendants ~~General Packaging Products, Inc.~~ Deerfield Specialty Papers, Inc., etc. for transfer pursuant to 28 U.S.C. §1407 w/cert. of svc. SUGGESTED TRANSFEREE DISTRICT: E.D. Pennsylvania SUGGESTED TRANSFEREE JUDGE: (ds) |
| 81/05/28 | | AMENDMENT TO HEARING ORDER FILED ON MAY 27, 1981 -- Setting A-1 General Packaging Products, Inc. v. Deerfield Specialty Papers, Inc., et al., N.D. Ill., C.A. No. 81C0247; A-2 Goldenberg Candy Co. v. Deerfield Specialty Papers, Inc., et al., E.D. Pa., C.A. No. 0-914; A-3 Eastside Foods, Inc. v. Deerfield Specialty Papers, Inc., et al., E.D. Pa., C.A. NO. 80-940; A-4 Commercial Card & Paper Co., Inc. v. Deerfield Specialty Papers, Inc., et al., E.D. Pa., C.A. No. 80-919; A-5 Salsburg Meats, Inc. v. Deerfield Specialty Papers, Inc., et al., E.D Pa., C.A. NO. 80-960; A-6 Anchor Paper Co., Inc. v. Deerfield Specialty Papers, Inc., et al., E.D. Pa., C.A. No. 80-1128; A-7 Ajax Paper Tube Co., Inc. d/b/a American Paper Products of Pennsylvania, Inc. v. Deerfield Specialty Papers, Inc., et al., E.D. Pa., C.A. No. 0-1948; A-8 Goldenberg Candy Co., Inc. v. Weyerhaeuser Co., E.D. Pa., C.A. No. 80-3013; A-9 In re Glassine and Greaseproof Paper Antitrust Litigation, E.D. Pa., C.A. No. 80-891 for hearing held on June 25, 1981 in Salt Lake City, Utah. (ds) |
| 81/06/01 | | AMENDED CERT. OF SERVICE (Pleading No. 1) -- General Packaging Products, Inc. (emh) |
| 81/06/08 | | APPEARANCES -- Jennifer A. Midlock for General Packaging Products, Inc.; Harvey S. Kronfeld, for Goldenberg Candy Co.; Dianne M. Nast for Eastside Foods, Inc.; Warren Rubin for Commercial Card & Paper Co.; Allen D. Black for Anchor Paper Co.; David Berger for Ajax Paper Tube Co.; Arthur H. Kahn for Deerfield Specialty Papers, Inc.; Stephen C. Neal for Weyerhaeuser Co.; W. Stuart Parsons for Philip Morris Industrial Inc.; J. Robert Brame, III for Riegel Products Corp.; Grant S. Lewis for St. Regis Paper Co.; Edward M. Dunham, Jr. for Westfield River Paper Co., Inc.; James B. Loken for Rhinelander Paper Co., Inc. (emh) |
| 81/06/15 | 2 | RESPONSE -- General Packaging Products, Inc. -- w/cert. of svc. (emh) |
| 81/06/22 | 3 | REPLY BRIEF, CERT. OF SVC. -- Philip Morris Ind. Inc., Deerfield Spec. Papers, Inc. and St. Regis Paper Co.(eaf) |
| 81/06/22 | 4 | SUPPLEMENTAL BRIEF, CERT.OF SVC. -- St. Regis Paper Co.(eaf |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/06/23 | | ALL WAIVERS -- for June 25, 1981 Hearing Salt Lake City, Ut. |
| 81/07/30 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Charles R. Weiner, E.D. Pennsylvania (emh) |
| 81/07/30 | | TRANSFER ORDER -- transferring litigation (A-1) to the E.D. Pennsylvania pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 475 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE GLASSINE AND GREASEPROOF PAPER ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 6/25/81 | 7/30/81 | TO | Unpublished | E.D. Pennsylvania | Charles R. Weiner | |

Special Transferee Information

DATE CLOSED: 12/22/81

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 475 -- IN RE GLASSINE AND GREASEPROOF PAPER ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | General Packaging Products, Inc. v. Deerfield Specialty Papers, Inc., et al. | N.D.Ill. Grady | 81-C-0247 | 7/30/81 | A81-350? | | |
| A-2 | Goldenberg Candy Co. v. Deerfield Specialty Papers, Inc., et al. | E.D.Pa. Pollak | 80-914 | | | | |
| A-3 | Eastside Foods, Inc. v. Deerfield Specialty Papers, Inc., et al. | E.D.Pa. Pollak | 80-940 | | | | |
| A-4 | Commercial Card and Paper Co., Inc. v. Deerfield Specialty Papers, Inc., et al. | E.D.Pa. Pollak | 80-919 | | | | |
| A-5 | Salsburg Meats, Inc. v. Deerfield Specialty Papers, Inc., et al. | E.D.Pa. Pollak | 80-0956 | | | 12/22/81 | |
| A-6 | Anchor Paper Co., Inc. v. Deerfield Specialty Papers, Inc., et al. | E.D.Pa. Pollak | 80-1128 | | | | |
| A-7 | Ajax Paper Tube Co., Inc. d/b/a American Paper Products of Pennsylvania, Inc. v. Deerfield Specialty Papers, Inc., et al. | E.D.Pa. Pollak | 80-1948 | | | | |
| A-8 | Goldenberg Candy Co., Inc. v. Weyerhaeuser Co. | E.D.Pa. Pollak | 80-3013 | | | | |
| A-9 | In re Glassine and Greaseproof Paper Antitrust Litigation | E.D.Pa. Pollak | 80-891 | | | | |

Docket Closed  12/22/81

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 475 -- In re Glassine and Greaseproof Paper Antitrust Litigation

---

GENERAL PACKAGING PRODUCTS, INC. (A-1)
Jennifer A. Midlock, Esquire
William D. Maddux & Associates
Suite 1021
One North LaSalle Street
Chicago, Illinois   60602

GOLDENBERG CANDY CO. (A-2 and A-8)
Harvey S. Kronfeld, Esquire
Rawle & Henderson
211 South Broad Street
Philadelphia, Pennsylvania   19107

EASTSIDE FOODS, INC. (A-3)
Dianne M. Nast, Esquire
Kohn, Savett, Marion & Graf, P.C.
1214 IVB Building
1700 Market Street
Philadelphia, Pennsylvania   19103

COMMERCIAL CARD AND PAPER CO., INC. (A-4)
Warren Rubin, Esquire
Gross & Sklar, P.C.
1630 Locust Street
Philadelphia, Pennsylvania   19103

SALSBURG MEATS, INC. (A-5)
(No Appearance Received)
Arnold Levin, Esquire
Adler, Barish, Daniels, Levin
  & Creskoff
2nd Floor - Rohm & Haas Building
Philadelphia, Pennsylvania   19106

ANCHOR PAPER COMPANY (A-6)
Allen D. Black, Esquire
Fine, Kaplan and Black
1845 Walnut Street, Rm. 2300
Philadelphia, Pennsylvania   19103

AJAX PAPER TUBE CO., INC. d/b/a
American Paper Products of Pennsylvania,
Inc., et al. (A-7)
David Berger, Esquire
1622 Locust Street
Philadelphia, Pennsylvania   19103

IN RE GLASSINE AND GREASEPROOF PAPER
ANTITRUST LITIGATION (A-9)
Consolidated action

DEERFIELD SPECIALTY PAPERS, INC.
Arthur H. Kahn, Esquire
Schnader, Harrison, Segal & Lewis
1719 Packard Building
Philadelphia, Pennsylvania   19102

WEYERHAEUSER COMPANY
Stephen C. Neal, Esquire
Kirkland & Ellis
200 E. Randolph Drive
Suite 5900
Chicago, Illinois   60601

PHILIP MORRIS INDUSTRIAL INC.
W. Stuart Parsons, Esq.
Quarles & Brady
780 North Water Street
Milwaukee, Wisconsin   53202

```
JPML FORM 4A -- Continuation
                                    Panel Attorney Service List -- p.  2

DOCKET NO.   475   --
```

| | |
|---|---|
| RIEGAL PRODUCTS CORP.<br>J. Robert Brame, III, Esquire<br>McGuire, Woods & Battle<br>1400 Ross Building<br>Richmond, Virginia  23219<br><br>ST. REGIS PAPER COMPANY<br>Grant S. Lewis, Esquire<br>LeBoeuf, Lamb, Leiby & MacRae<br>140 Broadway<br>New York, New York  10005<br><br>WESTFIELD RIVER PAPER CO., INC.<br>Edward M. Dunham, Jr., Esquire<br>Spector, Cohen, Gadon & Rosen, P.C.<br>1700 Market Street, 29th Floor<br>Philadelphia, Pennsylvania  19103<br><br>RHINELANDER PAPER CO., INC.<br>James B. Loken, Esquire<br>Faegre & Benson<br>1300 Northwestern Bank Bldg.<br>Minneapolis, Minnesota  55402 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 475 -- IN RE GLASSINE AND GREASEPROOF PAPER ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Deerfield Specialty Papers, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 |
| Philip Morris Industrial Incorporated | A-1, A-2, A-3, A-4, A-5, A-6, A-7 |
| Riegel Products Corp. | A-2, A-3, A-4, A-5, A-6, A-7, A-8 |
| St. Regis Paper Company | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 |
| Westfield River Paper Company, Inc. | A-2, A-3, A-4, A-5, A-6, A-7, A-8 |
| Nicolet Paper Co. (Div. of Philip Morris) | A-1 |
| | |
| Rhinelander Paper Co. (Div. of St. Regis Paper Co.) | A-1 |